■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN BROWN, Appellant. [917 NYS2d 920]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Alex R. Renzi, J.— Criminal Possession of a Controlled Substance, 2nd Degree.) Present—Scudder, P.J., Fahey, Peradotto, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYN GIBSON, Appellant. [916 NYS2d 858]—Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Order of Supreme Court, Erie County, John L. Michalski, A.J.—Sex Offender Registration Act.) Present—Scudder, P.J., Fahey, Peradotto, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEROY WHITLEY, Appellant, v CHARLES HYNES et al., Respondents. [916 NYS2d 858]—Appeal dismissed without costs as moot. Counsel's motion to be relieved of assignment granted. (Appeal from Judgment of Supreme Court, Orleans County, James P. Punch, A.J.— Habeas Corpus.) Present—Scudder, P.J., Fahey, Peradotto, Lindley and Martoche, JJ.